```
UNITED STATES DISTRICT COURT              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK             DOCUMENT
                                          ELECTRONICALLY FILED
                                          DOC #: _____
                                          DATE FILED: 02/14/20
```

------------------------------------------------------------- X
MARK OWEN, *Individually and on Behalf*  :
*of All Others Similarly Situated*,      :
                                         :
                                         :
                      Plaintiff,         :
                                         :   1:19-cv-5462-GHW
            -v-                          :
                                         :   ORDER
ELASTOS FOUNDATION,                      :
FENG HAN, RONG CHEN, FAY LI,             :
AND BEN LEE,                             :
                                         X
                      Defendants.
-------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

On February 6, 2020, the Court entered a Memorandum Opinion and Order denying Plaintiffs' motion to remand. Dkt. No. 37. The Court thus understands that Plaintiffs will promptly commence the notice procedure set forth in 15 U.S.C. § 77z-1(a)(3)(A)(i). Accordingly, Plaintiffs are directed to submit a letter by no later than February 21, 2020 setting forth their proposed schedule for providing notice.

SO ORDERED.

Dated: February 14, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge