USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/28/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

MARK OWEN, *Individually and on Behalf*    :
*of All Others Similarly Situated*,    :
   :
   :
                  Plaintiff,    :
   :
         -v-    :
   :
ELASTOS FOUNDATION,    :
FENG HAN, RONG CHEN, FAY LI,    :
AND BEN LEE,    :
   :
           Defendants.    :

-------------------------------------------------------- X

1:19-cv-5462-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

On April 27, 2020, Mark Owen and James Wandling filed a motion for appointment as lead plaintiffs.  Dkt. No. 46.  Oppositions to the motion are due no later than May 12, 2020.  Replies are due no later than May 19, 2020.

SO ORDERED.

Dated:  April 28, 2020

_____
GREGORY H. WOODS
United States District Judge