Lcm2OweC

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   MARK OWEN, Individually and on
     Behalf of All Others Similarly
 4   Situated, et al.,

 5                  Plaintiffs,              New York, N.Y.

 6          v.                               19 Civ. 5462 (GHW)

 7   ELASTOS FOUNDATION, et al.,

 8                  Defendants.

 9   ------------------------------x        Remote Conference

10                                          December 22, 2021
                                            3:00 p.m.
11
     Before:
12
                         HON. GREGORY H. WOODS,
13
                                            District Judge
14

15                            APPEARANCES

16

17   BLEICHMAR FONTI & AULD, LLP
          Attorneys for Plaintiffs
18   BY:  GEORGE N. BAUER
          JAVIER BLEICHMAR
19

20   PAUL HASTINGS, LLP
          Attorneys for Defendants
21   BY:  ZACHARY ZWILLINGER
          KENNETH P. HERZINGER
22

23

24

25
```

Lcm2OweC

1          THE COURT:  This is Judge Woods.  Do I have a court
2     reporter on the line?
3          THE COURT REPORTER:  Good afternoon, your Honor.
4     Kristen Carannante.
5          THE COURT:  Good.  Thank you very much.  Good
6     afternoon.
7          Let me begin by taking appearances from both parties.
8     What I would like to do is to ask the principal spokesperson
9     for each party or set of parties to identify him or herself and
10    the members of her team rather than having each lawyer
11    introduce themselves individually.
12         So let me begin with counsel for plaintiff.  Who is on
13    the line for plaintiffs?
14         MR. BLEICHMAR:  Your Honor, good afternoon.  This is
15    Javier Bleichmar, from Bleichmar Fonti & Auld.  I'm here with
16    my colleague George Bauer; and, if I may, I would like
17    Mr. Bauer to take the lead at this hearing.
18         THE COURT:  Thank you.  Good.
19         And who is on the line on behalf of defendants?
20         MR. HERZINGER:  Good afternoon, your Honor.  This is
21    Ken Herzinger, at Paul Hastings, and on the line with me is my
22    colleague Zach Zwillinger.
23
24         THE COURT:  Good.  Thank you very much.
25         Let me begin with just a few brief comments about the

Lcm2OweC

rules that I would like the parties to follow during this

conference.  At the outset, please remember that this is a

public proceeding.  Any member of the public or press is

welcome to audit the conference.  I am not monitoring whether

third parties are auditing the conference now, but you should

just keep in mind that they are entitled to do so and may.

Second, please keep your lines on mute at all times

unless you are intentionally speaking to me or the

representative of another party.

Third, please state your name each time that you

speak.  You should do that even if you have spoken previously.

Fourth, please abide by any instructions from our

court reporter that are designed to help her do her job.  And

finally I am ordering that there be no recording or rebroadcast

of all or any portion of today's conference.

So counsel, with all of that out of the way, let's

turn to my agenda for the conference today.  My agenda is

relatively straightforward.  This is an initial pretrial

conference with respect to this case.

First, I hope to give the parties the opportunity to

describe any legal or factual issues that you would like to

highlight for me.  I have reviewed the materials that have been

submitted on the docket to date.  Still, it can be helpful to

hear from you if there are any issues that you would like to

highlight.

Lcm2OweC

1        Second, I hope to discuss the process that we will be

2   using to litigate the case going forward.  To that end, I hope

3   to use the parties' proposed case management plan and

4   scheduling order as the framework for that conversation.

5        And finally I hope to discuss what, if anything, I can

6   do to facilitate an amicable resolution of the case.

7        So counsel, with all of that out of the way, let's

8   begin.

9        Counsel for plaintiff, what would you like to tell me

10  about the case as a whole.

11       MR. BAUER:  Thank you, Judge.  This is George Bauer,

12  of Bleichmar Fonti & Auld.

13       Just as background, your Honor, this is a Securities

14  Act of 1933 class action.  We allege the sale of unregistered

15  securities in violation of Section 5 and 12(a)(1) and also

16  Section 15 against the individual defendants.

17       The case revolves around the alleged unregistered sale

18  of securities in the form of ELA tokens, which are digital

19  assets, that were created and marketed by the defendants.  The

20  fact that the case resolves around ELA tokens, your Honor,

21  presents a certain level of complexity to this case.  I think

22  issues that will be explored in discovery include sort of

23  esoteric issues surrounding the application of the securities

24  laws to digital assets and questions that will need to be

25  answered include, you know, what exactly these assets were, how

Lcm2OweC

1    they were used, how they were traded, and how the digital asset

2    exchanges worked.  Those are sort of evolving questions, you

3    know, in -- in the Court's questions that is going to require a

4    lot of time and energy to cut through.

5              Adding to that, your Honor, is a foreign element to

6    the case.  We expect discovery requests both to the parties to

7    the defendants as well as third parties in the United States,

8    but also abroad.  We expect to seek discovery from China,

9    possibly from Singapore, possibly from elsewhere, your Honor.

10   So in addition to, you know, potential foreign language

11   complications that could arise, we also expect additional

12   process will be required through certain international

13   conventions.

14             So just as some background, I believe that kind of

15   combines both of your inquiries, your Honor, as to the legal

16   and factual issues at play, but also litigation and discovery

17   going forward.

18             THE COURT:  Thank you.

19             Let me turn to counsel for defendants.  Counsel, what

20   would you like to tell me about the case as a whole?

21             MR. HERZINGER:  Thank you, your Honor.  This is Ken

22   Herzinger.  So I agree with the prior comments by Mr. Bauer

23   laying out the elements and just to take a step back for your

24   Honor, we mentioned this in our motion to dismiss brief, but we

25   purposely did not address or move on whether, you know, the

Lcm2OweC

|    |                                                                      |
|----|----------------------------------------------------------------------|
| 1  | grounds of whether or not the underlying assets, they are            |
| 2  | called ELA tokens, are securities at the motion to dismiss           |
| 3  | stage, because we believe that it would require -- it will           |
| 4  | require, you know, developed record and discovery, and               |
| 5  | therefore was not appropriate to address on a 12(b)(6) motion.       |
| 6  | And I agree with Mr. Bauer that that's going to require some          |
| 7  | amount of work, including expert discovery.                          |
| 8  | And then to add on to some of the additional discovery               |
| 9  | and factual issues that we are going to need to address, the         |
| 10 | way I read your Honor's order and the allegations in the             |
| 11 | complaint is that we are really looking at essentially three         |
| 12 | different sets of transactions.  You know, you have got the          |
| 13 | initial offering of ELA token sale, we have secondary market        |
| 14 | sales, and then, last but not least, are I think what the Court      |
| 15 | referred to as lock-in sales, and those occurred during, you         |
| 16 | know, a couple-of-year period.  So sort of three separate sets       |
| 17 | of analyses within the overall analysis is the way I would kind      |
| 18 | of frame that.                                                       |
| 19 | And then connected to that, from a factual development               |
| 20 | standpoint, discovery standpoint, those exchange sales or            |
| 21 | secondary market sales are done by face-to-face purchasers           |
| 22 | through third-party exchanges, and I expect that we will need        |
| 23 | to take -- both side also need to take discovery from them for       |
| 24 | various issues, including potentially damages, and that will         |
| 25 | likely add to the time needed in order to conduct discovery          |

Lcm2OweC

1    because I understand there were multiple exchanges and there is

2    probably quite a bit of data and other information that needs

3    to be gathered.

4            And I concur with Mr. Bauer with respect to the

5    discovery issues related to Chinese discovery.  Some of our

6    clients, some of them reside in China.  The data is in China.

7    As I am sure your Honor knows from other cases, there are

8    various complex Chinese data privacy laws that we will need to

9    work through with plaintiffs' counsel in order to ensure that

10   we can have the appropriate checks and balances so we can take

11   that discovery out of China so that we can use it in our

12   litigation.

13           On the one positive side, I guess, one benefit, one

14   silver lining to the coronavirus is that we have discussed with

15   counsel that some of the third-party discovery, including

16   overseas discovery.  I think we can work out arrangements to do

17   that virtually, assuming that that is acceptable to the Court,

18   and that may speed up and reduce cost and expense and some of

19   the case discovery.

20           Thank you, your Honor.

21           THE COURT:  Good.  Thank you.

22           Counsel, in your letter, you note that one of the

23   issues that you want to explore is whether the transactions

24   were exempt from registration requirement.  I think that's the

25   only ground that you didn't talk about specifically in your

Lcm2OweC

1    remarks now.  Can you comment on that briefly?

2            MR. HERZINGER:  Yes, your Honor.  So it is defendants'

3    positions that the ELA tokens were not securities sales in

4    connection with the initial sales, the secondary market sales,

5    or the lock-in.  But to the extent we end up moving forward

6    through summary judgment and trial, we believe that certain of

7    the exemptions would apply even if they were to establish --

8    the plaintiffs were to establish a *prima facie* case that they

9    were securities under the Howey test in connection with those

10   transactions.  So we understand those are our affirmative

11   defenses, and we would be taking discovery for the purpose of

12   establishing those defenses to the extent the plaintiffs

13   establish a *prima facie* case based on the facts.

14           THE COURT:  Good.  Thank you.

15           And this is a question that we will explore in much

16   greater depth in the future -- and please feel free to demur if

17   you don't want to engage in this conversation now, it's not an

18   issue at all -- but just out of curiosity, you mentioned the

19   Howey test and the issue of whether or not these tokens are

20   securities.  There is a suggestion in the complaint that the

21   ELA tokens are to be used in connection with what I will

22   describe as a platform pursuant to which the sales of other

23   things will be made.  Can you tell me a little bit more about

24   the platform on which the ELA tokens were supposed to be used?

25   And I will tell you, I am asking because I am curious of the

Lcm2OweC

|    |                                                                  |
|----|------------------------------------------------------------------|
| 1  | extent to which the value of the ELA tokens may be linked to     |
| 2  | the success of that underlying ecosystem.  Counsel, if you are   |
| 3  | prepared to talk about this now, please let me know.  Again,     |
| 4  | feel free to demur.                                              |
| 5  |          MR. BAUER:  Judge, this is George --                    |
| 6  |          MR. HERZINGER:  Your Honor --                           |
| 7  |          MR. BAUER:  Go ahead, Ken.                              |
| 8  |          MR. HERZINGER:  No.  Go ahead, George.  Didn't mean to  |
| 9  | interrupt you.                                                   |
| 10 |          MR. BAUER:  Judge, this is George Bauer for the         |
| 11 | plaintiffs again.                                                |
| 12 |          I certainly understand the Court's question.  I would   |
| 13 | say our best understanding of the platform is that it was sort   |
| 14 | of an online environment to trade and pay for products, and ELA  |
| 15 | tokens were a way for customers or investors to invest in the    |
| 16 | company and make use of the company's offerings.                 |
| 17 |          Truth be told, your Honor, this is one of the reasons   |
| 18 | why we expect discovery to be complex, because these questions   |
| 19 | of what these tokens were, what the platform was, how these      |
| 20 | tokens were traded, how these transactions on these exchanges,   |
| 21 | which, you know, were not the New York Stock Exchange, were not  |
| 22 | NASDAQ, these were esoteric digital asset exchanges, how all of  |
| 23 | that worked are very much questions, I think, for both sides.    |
| 24 | So that's why we expect discovery, both fact and expert          |
| 25 | discovery, to focus on these issues and to be particularly       |

Lcm2OweC

1    complex.

2              THE COURT:  Good.  Thank you.  That's fine for now.

3              So let me turn to the second point on the agenda,

4    assuming defendants don't want to volunteer anything else in

5    response to the inquiry.

6              Counsel for plaintiffs, I have heard a little bit

7    about your expectations for the conduct of discovery.  I

8    certainly appreciate that the process here will be time

9    consuming.  It would be helpful for you to give me a sense,

10   however, of the nature of the discovery that you expect to

11   conduct, in particular insofar as it may result in a

12   substantial amount of time being required to complete this

13   work.

14             I understand that there is some international

15   discovery that is anticipated.  You have described the

16   possibility of third-party discovery.  Can you give me a sense

17   of the quantum of third-party discovery that you expect to seek

18   and where those third parties are located?

19             MR. BAUER:  Yes, Judge.  This is George Bauer again.

20             I think the full scope of discovery at this time I

21   think is difficult to say.  The parties have not yet exchanged

22   initial disclosures, so, you know, the number of custodians,

23   the types of and sources of data I think are still unknown.

24   But certainly in terms of third-party discovery, there are

25   certain affiliates of the defendants from whom we expect to

Lcm2OweC

1    serve discovery.

2           For instance, there was -- and without limitation,

3    your Honor, for instance, there is an advertising company that

4    is discussed in the complaint.  We would likely seek discovery

5    from them.  An advertising company that was retained by the

6    defendants to help advertise the sale of ELA tokens in the

7    United States.

8           We expect to seek discovery from the exchanges

9    themselves.  Two exchanges in particular, one -- and I

10   apologize if I'm mispronouncing it.  I believe it is pronounced

11   Huobi, the other Kucoin.  Both, we understand, are located

12   abroad.  And then additional third parties, individuals who are

13   affiliated with the defendants.

14          Other than that, at this time, your Honor, it is a

15   little difficult to quantify, you know, all of the individuals

16   or entities from whom we would seek discovery without the

17   benefit of initial disclosures and without the benefit of at

18   least initial discovery.

19          THE COURT:  Thank you.

20          Counsel for defendants, I have the same question for

21   you.  What are your expectations for the conduct of discovery

22   here, again, focused on things that may take time?

23          MR. HERZINGER:  Yes, your Honor.  This is Ken

24   Herzinger again for the defendants.

25          So one of the unique features of this case is that

Lcm2OweC

|     |                                                                                  |
|-----|----------------------------------------------------------------------------------|
| 1   | because Elastos is a decentralized ledger entity, there are                       |
| 2   | third parties.  Basically it's a nonprofit organization known                     |
| 3   | as Cyber Republic.  So it's a community that has formed around                     |
| 4   | the Elastos, the centralized network, and it consists of                          |
| 5   | Elastos token holders, people from the Elastos Foundation,                         |
| 6   | including the defendants, and various different Elastos                            |
| 7   | ecosystem partners, including some of the decentralized                            |
| 8   | applications that operate on the platform.  Going back to your                     |
| 9   | Honor's last question, that's how the blockchain works and                        |
| 10  | certain assets like movies and things can be traded and                           |
| 11  | exchanged.  So those individuals and those various entities,                       |
| 12  | you know, will have relevant information.  I think the                             |
| 13  | plaintiffs have cited to some statements in the complaint, for                     |
| 14  | example, that were actually made by the community Cyber                            |
| 15  | Republic versus our client.  But, in addition, they may have                       |
| 16  | relevant information and evidence to help us both counter the                      |
| 17  | argument that the Elastos token is a security but also                             |
| 18  | potentially to some of the affirmative defenses that we                            |
| 19  | mentioned before.  And so that's just one nuance I want to                         |
| 20  | mention for your Honor.  And some -- actually many of those                        |
| 21  | community members, but not all, are also in China and in                          |
| 22  | Singapore and in other countries.  They are kind of disbursed                      |
| 23  | throughout the globe.  So that's another kind of unique nuance                     |
| 24  | to this matter.                                                                   |
| 25  |             THE COURT:  Thank you, very good.                                      |

Lcm2OweC

1          So counsel for plaintiff, let me turn back to you.

2    There is a proposal regarding the timeline for filing motions

3    for class certification.  Actually the parties jointly propose

4    September 30, 2022, as the date for those motions.  The

5    principal thing that I want to ask about that is about whether

6    and to what extent expert testimony or other evidence will be

7    needed in order to contribute to the class certification

8    motions.  That's just because the class certification motion

9    deadline is substantially before the expert discovery deadline.

10   So I just wanted to inquire of you about that question.  Do you

11   anticipate that you are going to need expert testimony in order

12   to move for class certification?  If so, how did the deadlines

13   that you are proposing jibe?

14          MR. BAUER:  Yes.  Thank you, your Honor.  This is

15   George Bauer again.

16          I believe we will likely require some expert testimony

17   in connection with the class certification motion, certainly

18   damages, possibly also testimony concerning the underlying

19   assets.

20          I do recognize, your Honor, that there does appear to

21   be a conflict between that deadline and the broader deadline

22   for expert discovery.  I think the parties' understanding was

23   that the class certification would be more of a discrete

24   inquiry, whereas the broader expert discovery deadline would

25   deal with the broader issues in the case.  And so I think that

Lcm2OweC

```
 1    was part of the driver for making the deadline September 30 for

 2    the class certification.

 3            Part of it also is that we did want to complete a

 4    significant or substantial completion of document production

 5    before class certification because, again, we think that some

 6    fact development would be required before we move for class

 7    certification.

 8            So I think that was the rationale for placing the

 9    deadline where we did.

10            THE COURT:  Good.  Thank you.  Fine.  Thank you very

11    much.

12            So counsel, let me just say a few brief words based on

13    your comments about the proposed case management plan and

14    scheduling order.

15            At the outset, I think that all of the deadlines that

16    the parties have proposed are reasonable.  I think that there

17    is more than ample cause to set a schedule that is a lengthy

18    year.  It is a complex case that involves international

19    discovery.  I think that setting about a year to complete fact

20    discovery here is very reasonable and prudent.  I think that

21    the parties can, working diligently, meet these deadlines.  So

22    I expect to order the case management plan and scheduling order

23    substantially in the form that the parties have proposed.

24            There are two deadlines included in paragraph 14 of

25    the case management plan and scheduling order, one of which I
```

Lcm2OweC

am going to order, or two of them I am going to order, and the

third I am not.

First, I am happy to set the deadline for defendants'

answer to the amended complaint as January 13, 2022.  That

application is granted, and I have established that as the

deadline for defendants' answer.

I understand that the parties anticipate that you will

substantially complete document productions by May 15, 2022.  I

am happy to endorse that proposal and to include what I will

describe as the subsidiary deadline for substantial completion

of document production.  That date will be May 15, 2022.  That

deadline is, by the nature, relatively fluid.  I would need to

rely on you, counsel, to let me know if you think that there is

a failure of a party to meet that deadline, because it's a

relatively open-ended standard.  "Substantial completion" is

not a fixed percentage, but I will endorse that portion of the

parties' proposed modification to the case management plan and

scheduling order.

I am not going to set a deadline for plaintiffs to

move for class certification.  It may be that, in the course of

discovery and your consideration regarding how best to proceed,

a different decision will be made regarding the appropriate

timeline for motion practice on class certification.  So I'm

not going to set a deadline now for motions on class

certification.  Instead, what I am ordering now is that counsel

Lcm2OweC

1    for plaintiff file a letter requesting a premotion conference

2    prior to filing any motion for class certification.  Your

3    premotion conference request letter with respect to such a

4    motion will provide us with an opportunity to set an

5    appropriate schedule for your motion practice.  Again, so I am

6    not setting a deadline now for class certification motion

7    practice.  I leave it to the parties to let me know in the

8    future when you have a better sense of the case when such

9    motion practice will be appropriate.

10              Now let me just say a few brief words about the case

11   management plan and scheduling order.  Again, I think the

12   deadlines that the parties proposed are reasonable.  I note

13   that the case management plan and scheduling order contains

14   real deadlines.  They are deadlines that you are expected to

15   meet.  You will see that in paragraphs 7(a) and in 8(d) that

16   the case management plan says that the relevant category of

17   discovery is to be completed by a date certain.  You should

18   understand that that is an intentional choice of words by me.

19   My expectation is that discovery will be completed by the

20   relevant date, in other words, that there will be no more of it

21   after that date.

22              There are a number of corollaries to that basic rule.

23   You can extrapolate them all yourselves.  I want to highlight

24   two basic corollaries for you here now, however.

25              First, to the extent that you have any concerns about

Lcm2OweC

1   the adequacy or timeliness of the discovery responses of

2   another party or the third party, and you are unable to resolve

3   that acting promptly and diligently, you should bring that

4   dispute to the Court's attention.  You should not sit on or

5   hoard discovery disputes until late in the discovery period,

6   much less after the discovery period.  That's because this is

7   the deadline for completion of discovery.  It is not the date

8   on which we will begin litigation about discovery.  So if you

9   fail to bring an issue to the Court's attention promptly so

10  that you can get and use the responsive materials during the

11  discovery period, you should not expect that I will be adding

12  time to the discovery period to permit to you litigate the

13  dispute.  So please do not hoard discovery disputes with the

14  expectation that I will add time to discovery to permit you to

15  litigate them.  My expectation is, to the contrary, that

16  discovery will be completed by these deadlines, meaning that

17  there will be no more of it after the deadlines.

18          The second corollary that I want to highlight is a

19  very simple one, namely, that you should take into account the

20  fact that these are real deadlines as you are requesting

21  discovery and taking depositions.  Here, that general point has

22  a couple of important manifestations.

23          First, I understand that there is a substantial amount

24  of third-party international discovery.  You have alluded to

25  the process to obtain that information through legal process

Lcm2OweC

abroad.  You know that that process, I expect, takes a

substantial amount of time.  First, if you need my assistance

to make the request in the foreign country, you need to get me

the information required for me to act on the application and

then you need to get the application to the foreign

jurisdiction with sufficient advance notice so that you can

complete the relevant discovery during the discovery period.

Because seeking international discovery can be time consuming,

both in terms of getting approval from me and then even more so

getting a response from the judicial or other authority abroad

and then obtaining the discovery, I encourage you to focus on

those issues early in the case.  Again, that is because these

are real deadlines.  If you come to me asking for letters

rogatory or the like at a point in the discovery process where

it is improbable that the local judicial authority will be able

to obtain discovery within the fact discovery period that I am

establishing in this case management plan and scheduling order,

you may find that I will simply choose not to endorse your

application.  That, again, is because of the basic rule that

these are deadlines for completion of discovery.  If you wait

to bring me an application for international discovery until

such a time that it is unlikely that you will actually get a

response during the discovery period, you should not expect

that I will act on it.  Again, that is because these are

deadlines for completion of discovery and if you are asking me

Lcm2OweC

to ask a judicial authority to have someone provided for a

deposition and it won't happen until January 2023, then I may

take the position that you have missed your opportunity to

conduct that discovery.  So I am highlighting this so that you

focus on this bottleneck early in the case and you take the

appropriate steps here and abroad in order to obtain the

discovery that you want.

The second consequence of that second corollary that I

just want to highlight is the simple fact that if you wait to

take a deposition or to request information until late in the

discovery period that you will be left with less time to

conduct follow-up discovery.  That's a relatively

straight-forward point, but I just ask you to keep it in mind.

If you choose, for whatever reason, to wait to make a request

for information or to take a deposition, then the consequence

will be that you will have less time to conduct follow-up

discovery with respect to any information that you might glean.

So you should just keep that in mind as you are structuring

your discovery practices in the case.

Now, while all of these are real deadlines, I do want

to draw your attention to the deadlines in paragraph 8(c).  I

apologize for taking up your time on this.  I'm sure that you

all know this very well, but some people don't.  So with

apologies, let me just remind you that the rule that is Rule

26(a)(2) requires that the parties produce a number of expert

Lcm2OweC

disclosures.  Paragraph 8(c) requires that you provide 100

percent of those disclosures by the dates that are specified in

paragraph 8(c).  So it's not good enough if you merely provide

your expert's name.  It's not good enough if you merely provide

her name and her report.  Instead, you must provide her name,

her report, if applicable, and all of the other information

required under Rule 26(a)(2) by the dates that are stated in

paragraph 8(c).  If you do not provide 100 percent of those

requirements by the dates that are specified, you should not

expect that your expert will be permitted to provide testimony

or other evidence in the case.

            I doubt that this is likely here, but keep in mind

that an expert, whether or not somebody is an expert turns on

the nature of their testimony.  And so please think carefully

about whether or not someone who you may think as a fact

witness is actually, given the nature of their testimony,

testifying as an expert.  So please give that question due

consideration.  If you fail to provide the requisite

disclosures for someone by the date specified in paragraph

8(c), you should expect that their testimony will be limited to

that which is permitted from a lay expert -- or a lay witness,

rather, which can include lay expert opinion -- lay expert

opinion testimony under very limited circumstances.  But more

significantly, you should think carefully about the nature of

the testimony that they expect to provide and you should

Lcm2OweC

1   provide the disclosures for that witness.  If you conclude that

2   the witness is an expert but need not provide an expert report,

3   don't forget that disclosures are required for experts who do

4   not provide reports.  Those disclosures are required to be

5   provided to your adversary by the date specified in paragraph

6   8(c).  If you fail to do that, you should not expect that your

7   expert will be permitted to provide expert testimony.  I will

8   grant extension for these deadlines, but only for good cause

9   shown.  I would certainly scrutinize any request for good

10   cause.

11          I am mindful of the fact that we are setting a very

12   extended period for completion of discovery.  You should not

13   expect that I will grant an extension of time.  My expectation

14   is that you will make professional judgments about the amount

15   of resources that you want to invest in the case.  If for

16   whatever reason you get caught up on something else or you

17   choose not to focus your energies on this case for some other

18   reason, you should not expect that I will find that to be good

19   cause for an extension of these deadlines.  Instead, you should

20   expect that I will ask you to live with the consequences of

21   your decisions.  After all, at the heart of a showing of good

22   cause is showing of diligence.  If you have not acted

23   diligently, you should not expect that I will find good cause

24   for an extension of the deadlines.  My expectation is that the

25   parties will do any work that you hope to do in order to

Lcm2OweC

1    resolve the case in parallel with your efforts to litigate it.

2    So please keep that in mind.  To put this in very concrete

3    terms, unless I have actually entered an order pausing

4    discovery, if you choose not to take the steps necessary to

5    conduct discovery and to complete litigation of this matter

6    within the time periods established in the case management

7    plan, because you hope or expect that the case is going to

8    settle, you should not expect that I will find that to be good

9    cause for an extension of time.

10        Very good.  You will see coincidentally that my

11   individual rules and the case management plan and scheduling

12   order itself require that any requests for an extension of time

13   be made timely.  That's no less than two business days prior to

14   the date sought to be extended.  You should not expect that I

15   will grant a request if you fail to meet that schedule.

16        Very good.  So counsel thank you very much for your

17   time, thank you for your joint letter, thank you for presenting

18   me with interesting issues in the motion to dismiss.

19        Is there anything else that we can talk about here?

20   My understanding is that the parties need some more time to

21   work together before I help you with a reference to mediation

22   or otherwise, but please let me know if that's wrong.

23        Counsel for plaintiffs, anything else that we should

24   take up here before we adjourn?

25        MR. BAUER:  Thank you, Judge.  This is George Bauer

Lcm2OweC

1   again.

2           No, not at this time.  If something does come up, we

3   will certainly inform the Court, but otherwise we thank the

4   Court for its time today.

5           THE COURT:  Very good.  Thank you very much.

6           Counsel for defendants.

7           MR. HERZINGER:  Yes.  This is Ken Herzinger, your

8   Honor.

9           I appreciate your time today and I think your Honor is

10  absolutely right, I believe we stated this in the submission,

11  that we don't think it is quite ripe yet to have a conversation

12  about settlement because of the complexity of the case, the

13  need for discovery and then consulting with experts.  But we

14  have agreed that we would retain a private mediator at the

15  point we are prepared to have those conversations, and I do

16  appreciate your Honor explaining this in detail.  It's very

17  helpful.  And I wish everyone a happy holiday.  Thank you.

18          THE COURT:  Very good.  Thank you all.  Happy

19  holidays.  This proceeding is adjourned.

20                              oOo

21

22

23

24

25