UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK OWEN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ELASTOS FOUNDATION, FENG HAN, and RONG CHEN, <br><br> Defendants. | Hon. Gregory H. Woods <br><br> Civil Action No. 1:19-cv-5462-GHW <br><br> <u>CLASS ACTION</u> |

## <u>NOTICE OF MOTION TO COMPEL</u>

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated June 13, 2022, the accompanying Declaration of Javier Bleichmar, dated June 13, 2022, and exhibits attached thereto, and the Expert Report of Laura Wen-yu Young, dated June 13, 2022, and exhibits attached thereto, Plaintiffs Mark Owen and James Wandling will move this Court at the United States District Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time designated by this Court, for an Order, pursuant to Rules 34 and 37 of the Federal Rules of Civil Procedure, compelling Defendants Elastos Foundation, Feng Han, and Rong Chen to produce certain documents, as set forth in the accompanying Memorandum of Law.

Dated: June 13, 2022  Respectfully Submitted,

**BLEICHMAR FONTI & AULD LLP**

<u>/s/ Javier Bleichmar</u>
Javier Bleichmar
Benjamin F. Burry
George N. Bauer
7 Times Square, 27th Floor
New York, New York 10036
Telephone: (212) 789-1340

Facsimile: (212) 205-3960
jbleichmar@bfalaw.com
bburry@bfalaw.com
gbauer@bfalaw.com

*Lead Counsel and Counsel for Lead Plaintiffs*


**RAITI, PLLC**
Warren Raiti
1345 Avenue of the Americas, 33rd Floor
New York, New York 10105
Telephone: (212) 590-2328
wraiti@raitipllc.com

*Additional Counsel for Lead Plaintiffs*