# Exhibit 8



1(212) 318-6774
zacharyzwillinger@paulhastings.com

June 8, 2022

**VIA ELECTRONIC MAIL**

Benjamin Burry
Bleichmar Fonti & Auld LLP
7 Times Square
Twenty-Seventh Floor
New York, New York 10036

Re:   *Owen, et al. v. Elastos Foundation, et al.*, Case No. 1:19-cv-05462-GHW (S.D.N.Y.)

Ben:

We write on behalf of the Elastos Foundation ("Elastos"), Rong Chen, and Feng Han (collectively "Defendants") in response to your email of May 24, 2022 and your letter of June 3, 2022.

**Document Collection**

Defendants have completed their document collection.  In the interests of transparency, a detailed breakdown of everything we have collected is provided in the chart at Exhibit A.  As the chart shows, Defendants have collected 867,230 documents from 17 custodians, both within and outside of China.  The documents include documents in Elastos' own possession as well as in the possession of the individual custodians.  We are confident that Defendants' collection is more than sufficient for the purposes of this action.

**Search Term Hit Reports**

Now that Defendants' document collection is complete, we are able to provide final hit reports for the search terms.

- Exhibit B shows hits on all Elastos Google email and Google drive documents in the U.S.
  - Total hits:  156,928
- Exhibit C shows hits on all non-Elastos documents in the U.S.
  - Total hits:  185,585
- Exhibit D shows hits on all Elastos Tencent documents in China
  - Total hits:  15,453
- Exhibit E shows hits on all non-Elastos documents in China
  - Total hits:  24,860

As these reports show, the search terms yielded 382,826 hits, inclusive of full parent-family relationships, regardless of whether family members themselves did not hit on such search terms or were not readily amenable to text searchability.  This enormous hit count is more than sufficient for the purposes of this litigation.



Bleichmar Fonti & Auld LLP
Raiti, PLLC
June 8, 2022
Page 2

**Document Review**

We have now reviewed all documents that hit on the search terms.  As we've described in our prior correspondence, we have taken a very broad approach to our responsiveness review:  if a document hits on a search term and is relevant to Elastos, ELA Tokens, or any other relevant aspect of this case, we will produce it unless it is protected by the attorney-client, work product, or other applicable privilege.  As a result, along with our initial production and the production that we anticipate will be made on Friday, June 10, Defendants will have produced over 230,000 documents.  To the extent that we determine that any documents initially withheld on the basis of privilege are not privileged upon further review, or that there are any other documents that have been reviewed and need to be produced, Defendants will produce such documents as soon as possible.  This production is more than sufficient for the purposes of this litigation.

**Consent Requests**

Attached as Exhibit F is a chart that details the responses we received from custodians in their executed consent forms.  At this time, we do not anticipate receiving any other consent forms.  Defendants do not waive any applicable privileges by producing this information and reserve all rights over the consent forms and any other communications with these custodians.

We have recently learned that two custodians we previously believed are currently in China are not: Hongjie Hu is currently located in Canada, and Leo Lei is currently located in Australia.  Pursuant to his consent form, Leo Lei has refused to allow Defendants to collect certain Elastos-related data from his personal devices and social medial accounts.  We have reached out to him to try to obtain this data. (As Exhibit F shows, he has consented to the collection of all of his Elastos-related data.)

Despite our significant efforts, we have not been able to obtain consent from Fay Li, Clarence Liu, or Kevin Zhang to collect any of their data.  Because they are in the U.S., we have been able to collect, review, and produce their Elastos Google email and Google drive data.  As a result, if Plaintiffs wish to obtain further data from these individuals, Plaintiffs should serve Rule 45 subpoenas on them.  As a courtesy, we provide the following contact information for these individuals:

- Fay Li:  Represented by William Hay, William Hay & Co., whay@siena.com; +852 9022 2879
- Clarence Liu: ███████████
- Kevin Zhang: ███████████

(Note that Clarence Liu's and Kevin Zhang's personal information should be kept confidential, and if this letter is to be filed publicly on the docket, redacted.)

In particular, we encourage Plaintiffs to use the Rule 45 subpoena process to obtain consent to the collection of any data these individuals may have in China.  If Plaintiffs are able to obtain consent in accordance with the PIPL, Defendants will collect, review and produce any documents in Elastos' possession from these custodians.



Bleichmar Fonti & Auld LLP
Raiti, PLLC
June 8, 2022
Page 3


**Your Email and Letter**

Below please find our responses to the items raised in your email and letter.

(1)  Date Range.  As you know, Defendants have used a November 1, 2017 cutoff date for document production because such a cutoff was in line with Plaintiffs' own allegations in the Amended Complaint.  Now that the document review is complete, Defendants are open to considering a narrow expansion of the date range.  We will consider your offer of January 1, 2017, and get back to you with an informed response.  Counsel for Defendants is occupied with its upcoming document production and the exchange of privilege logs.  Defendants will be able to provide an informed counterproposal regarding an expansion to the date range by Monday, June 20, 2022.  If the parties are not able to resolve their dispute after that, then Plaintiffs can raise this with the Court.

(2)  Search Terms.  Please explain why you are first proposing this enormous expansion of the search term list now, at the end of the document production process.  We have been meeting and conferring about document collection and production since early March.  Defendants first sent a search term hit report to Plaintiffs on April 13, 2022, and followed up with an updated set of reports on May 4, 2022.  We never received any comments or edits to those search term lists until your May 24, 2022 email, sent more than a week after the substantial completion deadline.  Moreover, a review of your proposed search terms makes plain that there is no reason why they could not have been raised earlier (*e.g.*, with your list of proposed custodians).

To run Plaintiffs' search terms now would impose enormous, unnecessary costs on Defendants.  As Plaintiffs know, Defendants were forced to hire a team of contract attorneys to review the hundreds of thousands of documents that Plaintiffs sought.  That team (which at its peak numbered 9 reviewers for China-based data and 42 reviewers for U.S.-based data) has been largely disbanded now that the document review is complete.  To reconstitute a huge review team is difficult and expensive, as reviewers move on to new matters and may not be able to return to the review, forcing Defendants to hire and retrain new reviewers.

As explained above, Defendants are confident that the documents that have been and will be produced are sufficient for this litigation.  Once Plaintiffs have had the opportunity to review Defendants' latest production, Defendants will consider reasonable, narrowly targeted searches for documents or categories of relevant, responsive documents that Plaintiffs can show need to be produced.

(3)  New Custodians.  Two of the individuals on Plaintiffs' list of newly proposed custodians (Heng (Ben) Li and Shunan (Nan) Yu) are already custodians.  Plaintiffs provide no explanation for why Defendants should be forced to add any of these other proposed custodians at this stage of discovery.  Plaintiffs proposed their list of custodians on March 15, 2022, and Defendants agreed to all possible custodians in our April 13, 2022 letter.  Once Plaintiffs have had a chance to review Defendants' production, Defendants will consider adding new custodians if Plaintiffs demonstrate that there is an actual need for those custodians' documents.

(4)  Redactions.  The redactions you describe were added by our PRC law firm to comply with the privacy requirements of the PIPL.  As extensively discussed before, Defendants are not allowed to collect, process and provide data overseas containing personal information without first obtaining express written consent from the affected individuals under the PIPL.  As such, except for the personal information of



Bleichmar Fonti & Auld LLP
Raiti, PLLC
June 8, 2022
Page 4

custodians from whom we have received, our PRC law firm has reviewed all relevant documents to be transferred, identify the personal information contained therein, and make redactions to avoid inadvertent transmission of personal information to outside of China.  Please note that such redactions made by our PRC law firm only focus on documents originally located and collected in China.  We are looking into adding metadata reflecting that such redactions exist as well as the basis for them, but note that the redactions themselves are self-evident, as to both their existence and the basis for them, given that the redactions state "PII," rendering this requirement largely unnecessary.

(5)  Purportedly Missing Files.  We collected and produced the documents in this case in the format in which they originally existed, inclusive of their existing parent-child relationships, consistent with Section IV.M. of the ESI Protocol, unless otherwise indicated and as will be indicated in Defendants' privilege log.  To the extent documents appear to contain attachments but do not, those documents were not recoverable or reviewable in a parent-child format.  As to the specific examples you referenced:

- ELF-00108542 was produced with its two extent attachments, ELF-00108546 and ELF-00108547.  To the extent the document reflects other attachments, voice messages, emojis, or embedded files these documents did not exist in the parent-child relationships that existed when these documents were collected and reviewed.

- ELF-00091826 is a link to a request to permit access to a particular Google spreadsheet.  This document is one of a number of documents that is automatically generated in connection with the use of the Google Sheets program.  These documents typically do not contained any attached material themselves.  As such, and as we can confirm as to this specific document, these kinds of documents typically do contain attachments in the existing parent-family relationships in which the parties are required to make productions consistent with Section IV.M. of the ESI Protocol.

(6)  Related entities.  The Elastos foundation and all related entities share the same email and document systems.  As a result, there are no documents associated with any of the entities listed in your email.

(7)  Further productions.  As explained above, after the production anticipated to be made on June 10, 2022, Defendants plan to make one more small production of documents that are determined to be non-privileged or that otherwise have not been produced.  Defendants do not anticipate making any further significant productions after that.

(8)  Plaintiffs' Production.  We note that plaintiff's own document production is incomplete.  While we will discuss plaintiffs' document production in greater detail in subsequent correspondence, we note that Plaintiffs' production so far appears to consist mainly of (1) automated messages from Medium re posts, some of which relate to $ELA; (2) automated messages from twitter re posts, a minority of which relate to $ELA; and (3) a handful of Elastos weekly updates.

**Plaintiffs' Motion to Compel**

We believe that the information we've provided in our correspondence and our fulsome document production easily demonstrates that there is no reason for the court to force Elastos to violate the PIPL.  In light of the significant volume of documents that we are producing, and if Plaintiffs insist on filing their proposed motion to compel, Defendants will consider a reasonable extension to the briefing schedule, to



Bleichmar Fonti & Auld LLP
Raiti, PLLC
June 8, 2022
Page 5

ensure that Plaintiffs have the opportunity to review the full production and address any issues Plaintiffs believe need to be addressed.

Sincerely,

*/s/ Zachary Zwillinger*

Zachary Zwillinger
for PAUL HASTINGS LLP

cc:     George Bauer
          Javier Bleichmar
          Warren Raiti
          Ken Herzinger
          Carl Hudson
          Erin Zatlin

**Exhibit A**

| Custodian | Data in China | | Data Outside of China | | |
|---|---|---|---|---|---|
| | Elastos Data (Tencent) | Non-Elastos (Personal) Data | Elastos Data (Google Email) | Elastos Data (Google Drive) | Non-Elastos (Personal) Data |
| Feng (Sunny) Han | 5,532 | 9,474  WeChat: 9361<br>iPhone_iMessages: 49<br>iPhone_TikTok: 35<br>iPad_iMessages: 5<br>iPad_QQ: 24 | 10,457 | 57 | 46,532  Personal Gmail: 24094<br>Twitter: 1657<br>Telegram: 18877<br>Discord: 1904 |
| Rong Chen | 1,583 | | 13,761 | 6 | 91,560  RSMF (WeChat) 52920<br>Efiles (OneDrive) 175<br>Outlook (OneDrive) 9060<br>Outlook (Live Files) 1368<br>Twitter 1937<br>Telegram 26100 |
| Ben Lee | 8,396 | 13,751  WeChat:13751 | 41,917 | 1,371 | |
| Simon Cai | 77 | | 3,609 | 786 | |
| Leo Lei | 4,734 | | 48,840 | 8,107 | |
| Song Sjun | 4,075 | | 1,047 | 18 | |
| Zach Warsavage | None | | 10,620 | 291 | 40,444  RSMF (WeChat) 4531<br>Efiles (iCloud) 473<br>Email (Gmail) 2434<br>Twitter 2572<br>Telegram 30434 |
| Nan Yu (Shunan Yu) | 4,009 | | 78,407 | 26 | |
| May Yuan | 582 | 266,891  Laptop files: 266,695<br>WeChat: 196 | 4,302 | 2,544 | |
| Rebecca Zhu (Feng Zhu) | 111 | | 4,317 | 331 | |
| Hu Hongjie | 1,128 | | 6,965 | 25 | |
| Li (Julie) Zhu | 8 | | 1,350 | 98 | |
| Donald (Donnie) Bullers | None | | 1,788 | None | 48,057  Telegram 28434<br>WeChat 16866<br>MailChimp 2757 |
| Yipeng Su | 3,087 | | 9,445 | 40 | |
| Clarence Liu | None | | 43,166 | 2,589 | |
| Kevin Zhang | None | | 8,661 | 411 | |
| Fay Li | | | 11,614 | 233 | |
| Totals | 33,322 | 290,116 | 300,266 | 16,933 | 226,593 |
| Grand Total | | | 867,230 | | |

**Exhibit B**

| Search Set | | Elastos Data |
|---|---|---|
| Date Run | | 2-Jun-22 |
| Custodians | | See Custodian List |
| Total Documents | | 306,337 |
| Total Records Searched (from 2017.11.01) | | 306,337 |
| Hits | | 130,857 |
| Hits Percentage of Total | | 42.7% |
| Documents in Families | | **156,928** |
| Family Percentage of Total | | 51.2% |

| Custodian List | Hits + Family |
|---|---|
| Liu, Clarence | 33,219 |
| Lee, Ben | 28,068 |
| Lei, Leo | 24,564 |
| Yu, Nan | 16,160 |
| Elastos (4 mbox custodians) | 13,953 |
| Chen, Rong | 9,526 |
| Warsavage, Zach | 6,987 |
| Su, Yipeng | 5,764 |
| Feng, Han | 5,635 |
| Hu, Hongjie | 3,828 |
| Yuan, May | 3,496 |
| Zhu, Rebecca | 3,230 |
| Cai, Simon | 1,880 |
| Zhu, Julie | 460 |
| Li, Fay | 8500 |
| Zhang, Kevin | 5121 |
| Sjun, Song | 384 |

**Search Result Notes:**

Hits are number of documents hitting the keyword / key phrase
Families include the family members to the keyword hit document i.e. emails plus all attachments
Hits greater than 1,000 are highlighted in red

| | | Total Records: | 130,857 | 156,928 | | |
|---|---|---|---|---|---|---|
| **Search Count** | **Search Terms** | | **Hits** | **Families** | **Unique Hits** | **Comments** |
| Search 001 | initial coin offering OR 首次代币发行 | | 329 | 940 | 1 | |
| Search 002 | ICO | | 3,623 | 6,499 | 576 | |
| Search 003 | lock in OR lockin OR 锁定 OR 禁售 | | 6,227 | 10,551 | 1,054 | |
| Search 004 | secondary market OR 二级市场 | | 679 | 1,550 | 23 | |
| Search 005 | white paper OR whitepaper OR white W/3 paper OR 白皮书 | | 1,649 | 2,890 | 309 | |
| Search 006 | Mark W/3 owen OR (马克 OR 马可) W/3 欧文) | | 377 | 555 | 35 | |
| Search 007 | Wandling OR 旺德林 OR 王德林 OR 汪德林 | | 166 | 603 | 14 | |
| Search 008 | Cyberrepublic OR cyber republic OR (cyber W/3 republic) OR CR OR 网络共和国 | | 52,492 | 66,501 | 28,372 | |
| Search 009 | Decentraliz* OR 去中心化 | | 13,527 | 20,044 | 719 | |
| Search 010 | DAO OR 去中心自治组织 OR 分布式自治组织 | | 3,182 | 4,952 | 130 | |
| Search 011 | Ecosystem* OR 生态系统 | | 11,856 | 16,783 | 534 | |
| Search 012 | Dapp* | | 7,612 | 12,938 | 585 | |
| Search 013 | App* OR 应用程序 | | 61,561 | 83,766 | 24,203 | |
| Search 014 | Communi* OR 社区 OR 团体 | | 42,183 | 60,456 | 10,480 | |
| Search 015 | Council* OR 委员会 OR 理事会 OR 圈闾 | | 14,139 | 23,869 | 3,969 | |
| Search 016 | Vot* OR 投票 OR 表决 OR 选举 | | 14,436 | 23,282 | 4,063 | |
| Search 017 | KYC or "Know your customer" OR 实名 OR 身份认证 OR 了解你的客户 | | 2,654 | 5,242 | 491 | |
| Search 018 | Socure | | 61 | 447 | 15 | |

**Exhibit C**

| Search Set | Non-Elastos Data |
|---|---|
| Date Run | 2-Jun-22 |
| Custodians | See Custodian List |
| Total Documents | 185,585 |
| Total Records Searched (from 2017.11.01) | 185,585 |
| Hits | 33,846 |
| Hits Percentage of Total | 18.2% |
| Documents in Families | 185,585 |
| Family Percentage of Total | 100.0% |

| Custodian List | Hits + Family |
|---|---|
| Chen, Rong | 86,638 |
| Feng, Han | 34,627 |
| Warsavage, Zach | 44,285 |
| Donald Bullers | 44,274 |

**Search Result Notes:**

Hits are number of documents hitting the keyword / key phrase
Families include the family members to the keyword hit document i.e. emails plus all attachments
Hits greater than 1,000 are highlighted in red

| | Total Records: | 33,846 | 185,585 | | |
|---|---|---|---|---|---|
| Search Count | Search Terms | Hits | Families | Unique Hits | Comments |
| Search 001 | (Elastos OR ELA OR 亦来云) AND (initial coin offering OR 首次代币发行) | 186 | 15,427 | 0 | |
| Search 002 | (Elastos OR ELA OR 亦来云) AND ICO | 2,643 | 111,686 | 389 | |
| Search 003 | (Elastos OR ELA OR 亦来云) AND (lock in OR lockin OR 锁定 OR 禁售) | 4,079 | 125,790 | 437 | |
| Search 004 | (Elastos OR ELA OR 亦来云) AND (secondary market OR 二级市场) | 391 | 35,591 | 5 | |
| Search 005 | (Elastos OR ELA OR 亦来云) AND (white paper OR whitepaper OR white w/3 paper OR 白皮书) | 1,134 | 80,365 | 51 | |
| Search 006 | (Elastos OR ELA OR 亦来云) AND (Mark w/3 owen OR (马克 OR 马句) w/3 欧文)) | 261 | 12,586 | 32 | |
| Search 007 | (Elastos OR ELA OR 亦来云) AND (Wandling OR 旺德林 OR 土德林 OR 汪德林) | 86 | 4,303 | 0 | |
| Search 008 | (Elastos OR ELA OR 亦来云) AND (Cyberrepublic OR cyber republic OR cyber w/3 republic) OR CR OR 网络共和国) | 10,057 | 145,283 | 1,551 | |
| Search 009 | (Elastos OR ELA OR 亦来云) AND (Decentraliz* OR 去中心化) | 5,995 | 156,232 | 772 | |
| Search 010 | (Elastos OR ELA OR 亦来云) AND (DAO OR 去中心目治组织 OR 分布式自治组织) | 2,210 | 88,275 | 72 | |
| Search 011 | (Elastos OR ELA OR 亦来云) AND (Ecosystem* OR 生态系统) | 5,635 | 141,935 | 467 | |
| Search 012 | (Elastos OR ELA OR 亦来云) AND Dapp* | 5,356 | 145,853 | 566 | |
| Search 013 | (Elastos OR ELA OR 亦来云) AND (App* OR 应用程序) | 12,586 | 170,400 | 3,095 | |
| Search 014 | (Elastos OR ELA OR 亦来云) AND (Communi* OR 社区 OR 团体) | 14,502 | 171,780 | 3,474 | |
| Search 015 | (Elastos OR ELA OR 亦来云) AND (Council* OR 委员会 OR 理事会 OR 顾问) | 4,588 | 148,580 | 587 | |
| Search 016 | (Elastos OR ELA OR 亦来云) AND (Vot* OR 投票 OR 表决 OR 选举) | 11,207 | 160,996 | 3,723 | |
| Search 017 | (Elastos OR ELA OR 亦来云) AND (KYC OR "Know your customer" OR 实名 OR 身份认证 OR 了解你的客户) | 1,534 | 121,732 | 112 | |
| Search 018 | (Elastos OR ELA OR 亦来云) AND Socure | 4 | 8 | 0 | |

**Exhibit D**

| Search Set | | Elastos Data |
|---|---|---|
| Date Run | | 13-Apr-22 |
| Custodians | | See Custodian List |
| Total Documents | | 33,322 |
| Total Records Searched (from 2017.11.01 or no date) | | 27,583 |
| Hits | | 10,340 |
| Hits Percentage of Total | | 37.5% |
| **Documents in Families** | | **15,453** |
| Family Percentage of Total | | 56.0% |

| Custodian List | Hits + Family |
|---|---|
| LI, Ben | 4,806 |
| SONG, Sjun | 3,479 |
| YU, Nan | 2,299 |
| LEI, Leo | 1,562 |
| HAN, Sunny | 1,384 |
| CHEN, Rong | 841 |
| HU, Hongjie | 580 |
| YUAN, May | 276 |
| SU, Yipeng | 178 |
| ZHU, Rebecca | 34 |
| CAI, Simon | 14 |
| ZHU, Julie | - |

**Search Result Notes:**

Hits are number of documents hitting the keyword / key phrase
Families include the family members to the keyword hit document i.e. emails plus all attachments
Hits greater than 1,000 are highlighted in red

| | Total Records: | 10,340 | 15,453 | | |
|---|---|---|---|---|---|
| Search Count | Search Terms | Hits | Families | Unique Hits | Comments |
| Search 001 | initial coin offering OR 首次代币发行 | 10 | 16 | - | |
| Search 002 | ICO | 800 | 3,543 | 332 | |
| Search 003 | lock in OR lockin OR 锁定 OR 禁售 | 222 | 463 | 94 | |
| Search 004 | secondary market OR 二级市场 | 28 | 74 | 9 | |
| Search 005 | white paper OR whitepaper OR white W/3 paper OR 白皮书 | 114 | 205 | 37 | |
| Search 006 | Mark W/3 owen OR (马克 OR 马可) W/3 欧文) | - | - | - | |
| Search 007 | Wandling OR 旺德林 OR 王德林 OR 汪德林 | 19 | 67 | 1 | |
| Search 008 | Cyberrepublic OR cyber republic OR (cyber W/3 republic) OR CR OR 网络共和国 | 92 | 4,200 | 17 | |
| Search 009 | Decentraliz* OR 去中心化 | 415 | 1,384 | 23 | |
| Search 010 | DAO OR 去中心自治组织 OR 分布式自治组织 | 72 | 2,435 | 21 | |
| Search 011 | Ecosystem* OR 生态系统 | 210 | 781 | 22 | |
| Search 012 | Dapp* | 204 | 892 | 26 | |
| Search 013 | App* OR 应用程序 | 7,191 | 11,821 | 5,366 | |
| Search 014 | Communi* OR 社区 OR 团体 | 2,677 | 8,468 | 910 | |
| Search 015 | Council* OR 委员会 OR 理事会 OR 顾问 | 1,353 | 4,487 | 729 | |
| Search 016 | Vot* OR 投票 OR 表决 OR 选举 | 351 | 3,077 | 88 | |
| Search 017 | KYC or "know your customer" OR 实名 OR 身份认证 OR 了解你的客户 | 378 | 791 | 120 | |
| Search 018 | Socure | 7 | 129 | - | |

**Exhibit E**

| Search Set | | Non-Elastos Data |
|---|---|---|
| Date Run | | 4-May-22 |
| Custodians | | See Custodian List |
| Total Documents | | 290,116 |
| Total Records Searched (from 2017.11.01) | | 268,049 |
| Hits | | 4,668 |
| Hits Percentage of Total | | 1.7% |
| Documents in Families | | 22,450 |
| Family Percentage of Total | | 8.4% |
| Including WeChat HTML docs | | 24,860 |

| Custodian List | Hits + Family |
|---|---|
| YUAN, May | 13,552 |
| Li, Ben | 7,278 |
| HAN, Sunny | 1,620 |

**Search Result Notes:**

Hits are number of documents hitting the keyword / key phrase
Families include the family members to the keyword hit document i.e. emails plus all attachments
Hits greater than 1,000 are highlighted in red

| | Total Records: | 4,668 | 24,860 | | |
|---|---|---|---|---|---|
| Search Count | Search Terms | Hits | Families | Unique Hits | Comments |
| Search 001 | (Elastos OR ELA OR 亦来云) AND (initial coin offering OR 首次代币发行) | 13 | 4,207 | - | |
| Search 002 | (Elastos OR ELA OR 亦来云) AND ICO | 82 | 12,764 | 5 | |
| Search 003 | (Elastos OR ELA OR 亦来云) AND (lock in OR lockin OR 锁定 OR 禁售) | 97 | 15,809 | 9 | |
| Search 004 | (Elastos OR ELA OR 亦来云) AND (secondary market OR 二级市场) | 66 | 11,943 | 14 | |
| Search 005 | (Elastos OR ELA OR 亦来云) AND (white paper OR whitepaper OR white W/3 paper OR 白皮书) | 29 | 7,159 | 4 | |
| Search 006 | (Elastos OR ELA OR 亦来云) AND (Mark W/3 owen OR (马克 OR 马可) W/3 欧文)) | 5 | 398 | - | |
| Search 007 | (Elastos OR ELA OR 亦来云) AND (Wandling OR 旺德林 OR 王德林 OR 汪德林) | 4 | 398 | - | |
| Search 008 | (Elastos OR ELA OR 亦来云) AND (Cyberrepublic OR cyber republic OR (cyber W/3 republic) OR CR OR 网络共和国) | 979 | 15,360 | 205 | |
| Search 009 | (Elastos OR ELA OR 亦来云) AND (Decentraliz* OR 去中心化) | 494 | 18,561 | 90 | |
| Search 010 | (Elastos OR ELA OR 亦来云) AND (DAO OR 去中心自治组织 OR 分布式自治组织) | 97 | 14,690 | 9 | |
| Search 011 | (Elastos OR ELA OR 亦来云) AND (Ecosystem* OR 生态系统) | 217 | 16,063 | 27 | |
| Search 012 | (Elastos OR ELA OR 亦来云) AND Dapp* | 380 | 16,620 | 52 | |
| Search 013 | (Elastos OR ELA OR 亦来云) AND (App* OR 应用程序) | 1,289 | 21,370 | 633 | |
| Search 014 | (Elastos OR ELA OR 亦来云) AND (Communi* OR 社区 OR 团体) | 2,515 | 21,500 | 1,246 | |
| Search 015 | (Elastos OR ELA OR 亦来云) AND (Council* OR 委员会 OR 理事会 OR 顾问) | 1,055 | 20,233 | 318 | |
| Search 016 | (Elastos OR ELA OR 亦来云) AND (Vot* OR 投票 OR 表决 OR 选举) | 806 | 19,440 | 264 | |
| Search 017 | (Elastos OR ELA OR 亦来云) AND (KYC OR "Know your customer" OR 实名 OR 身份认证 OR 了解你的客户) | 178 | 17,085 | 29 | |
| Search 018 | (Elastos OR ELA OR 亦来云) AND Socure | - | - | - | |

**Exhibit F**

| Custodian | Do you use, or have you used in the past, an Elastos email account? | Do you consent to the collection, search and review of your Elastos email account and potential production of documents and data from such account in the U.S. litigation? | Do you use, or have you used in the past, personal or other email accounts for Elastos? | Do you consent to the collection, search and review of your personal or other email accounts, and potential production of documents and data from such accounts in the U.S. litigation? | Do you use or have you used in the past, personal or other devices for Elastos (e.g. for messaging purposes)? | Do you consent to the collection, search and review of your personal or other devices, and potential production of documents and data from such devices in the U.S. litigation? | Do you use, or have you used in the past, social media for Elastos? | Do you consent to the collection, search and review of your social media accounts, and potential production of documents and data from such accounts in the U.S. litigation? | Do you have or have you used in the past, any other sources or repositories of data relating to Elastos? | Do you consent to the collection, search and review of such sources or repositories and potential production of documents and data from such sources and repositories in the U.S. litigation? | Do you have any hard copy documents or data relating to Elastos? | Do you consent to the collection, search and review of such hard copy documents, and potential production of such documents in the U.S. litigation? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rong Chen | Yes | Yes | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Donnie Bullers | Yes | Yes | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Zach Warsavage | Yes | Yes | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Feng Han | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes |
| Ben Lee | Yes | Yes | No | N/A | Yes | Yes | Yes | No | No | N/A | No | N/A |
| Simon Cai | Yes | Yes | Yes | No | Yes | No | No | N/A | No | N/A | No | N/A |
| Hao Cheng | Yes | No | No | N/A | No | N/A | No | N/A | No | N/A | No | N/A |
| Hongjie Hu | Yes | Yes | No | N/A | No | N/A | No | N/A | No | N/A | No | N/A |
| Leo Lei | Yes | Yes | No | N/A | Yes | No | Yes | No | No | N/A | No | N/A |
| Song Sjun | Yes | Yes | No | N/A | No | N/A | No | N/A | No | N/A | No | N/A |
| Yipeng Su | Yes | Yes | No | N/A | Yes | No | Yes | No | Yes | No | No | N/A |
| Nan Yu | Yes | Yes | No | N/A | No | N/A | No | N/A | No | N/A | No | N/A |
| May Yuan | Yes | Yes | No | N/A | No | N/A | Yes | Yes | Yes | Yes | Yes | Yes |
| Julie Zhu | Yes | Yes | No | N/A | Yes | No | No | N/A | No | N/A | No | N/A |
| Rebecca Zhu | Yes | Yes | No | N/A | No | N/A | No | N/A | No | N/A | No | N/A |