UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK OWEN and JAMES WANDLING, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>vs.<br><br>ELASTOS FOUNDATION, FENG HAN, and RONG CHEN,<br><br>        Defendants. | Case No. 1:19-cv-5462-GHW<br><br>**ORAL ARGUMENT REQUESTED** |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Deny Class Certification, dated October 11, 2022, together with the Declaration of Carl P. Hudson, defendants Elastos Foundation, Feng Han, and Rong Chen will move this Court, before the Honorable Gregory Woods, at Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, Room 2260, New York, New York, 10007, on a date and time to be determined by the Court, for an Order, under Fed. R. Civ. P. 23, denying class certification and granting such other relief as the Court deems just and proper.

Dated: San Francisco, California
      October 11, 2022

        */s/ Kenneth P. Herzinger*
        Kenneth P. Herzinger
        Carl P. Hudson (*Pro Hac Vice*)
        Erin Zatlin (*Pro Hac Vice*)
        PAUL HASTINGS LLP
        101 California Street
        Forty-Eighth Floor
        San Francisco, California  94111
        Telephone:  1(415) 856-7000
        kennethherzinger@paulhastings.com
        carlhudson@paulhastings.com
        erinzatlin@paulhastings.com