UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/23/2022
```

MARK OWEN and JAMES WANDLING,
*Individually and On Behalf of All Others*
*Similarly Situated,*

                Plaintiffs,

      -against-

ELASTOS FOUNDATION, et al.,

              Defendants.

19-CV-5462 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

1. <u>Discovery Conference</u>. The Court will hold a discovery conference on **January 25, 2023**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, concerning the issues raised in the parties' joint letter dated September 12, 2022 (Dkt. 143).

   With regard to the dispute concerning attachments and links, plaintiffs shall designate and submit to the Court, in advance of the conference, four examples (one from each of the categories listed on pp. 1-2 of the September 12 letter) for further discussion at the conference.

   With regard to the privilege log dispute, plaintiffs shall designate, in advance, a maximum of four exemplar log entries that it contends to be inadequate, for discussion at the conference.

   At least one week prior to the conference, the parties shall submit:

   (a) A joint letter, limited to three pages in total (not counting exhibits), which (i) updates the Court as to the status of both disputes outlined in the September 12 letter, including whether the parties have narrowed or resolved any issues; (ii) identifies and attaches the four examples of documents produced with missing or disabled links, filepaths, or WeChat files; and (iii) identifies the four exemplar log entries that the parties will discuss at the conference; and

   (b) Electronic copies of defendants' objected-to privilege logs (Dkts. 143-1 and 143-2), in native format (presumably Excel), submitted on a CD to chambers.

   It is the Court's practice to decide discovery disputes at the conference, if possible, based on the parties' letters and such argument as may be presented in the courtroom.

2.    <u>Unsealing</u>. Defendants having withdrawn their request to seal Exhibit 16 to the Declaration of Javier Bleichmar (ECF No. 170-16), the Court has unsealed that document.

Dated: New York, New York
      December 23, 2022

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**