USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/04/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK OWEN and JAMES WANDLING, *Individually and On Behalf of All Others Similarly Situated*,

        Plaintiffs,

-against-

ELASTOS FOUNDATION, et al.,

        Defendants.

19-CV-5462 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

By Order dated December 23, 2022, this Court scheduled a discovery conference for **January 25, 2023**. That conference will commence at **12:00 p.m.** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse.

Dated: January 4, 2023
New York, New York

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**