UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK OWEN and JAMES WANDLING,
*Individually and On Behalf of All Others Similarly Situated*,

        Plaintiffs,

-against-

ELASTOS FOUNDATION, et al.,

        Defendants.

19-CV-5462 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the March 14, 2023 conference, it is hereby ORDERED that:

1. **Anticipated Motion Practice**. Plaintiffs advise the Court that they anticipate filing a motion for spoliation sanctions pursuant to Fed. R. Civ. P. 37(e). The parties shall meet and confer in a good faith effort to agree upon a briefing schedule for that motion that does not extend beyond the expert discovery period.

2. **Pending Motion to Deny Class Certification**. Additionally, the parties shall meet and confer in a good faith effort to agree upon the withdrawal of defendants' preemptive motion to deny class certification (Dkt. 154) without prejudice to renewal, on a full record, when plaintiffs move for class certification.

3. **Joint Status Letter**. No later than **March 24, 2023**, the parties shall file a joint letter (a) updating the Court as to the outcome of these discussions and (b) submitting any agreed-upon briefing schedule for the Court's consideration.

Dated: March 16, 2023
      New York, New York

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**