UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK OWEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>- v. -<br><br>ELASTOS FOUNDATION, FENG HAN, RONG CHEN, FAY LI, and BEN LEE<br><br>Defendants. | No. 1:19-cv-5462-GHW<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 04/25/2023 |

### ~~[PROPOSED]~~ REVISED SCHEDULING ORDER

Upon consideration of the Parties' joint letter requesting an eight-week stay of litigation for settlement discussions and mediation, and for good cause shown, it is hereby ordered that the present scheduling order and deadlines set forth in ECF 199 and ECF 200 are adjourned as follows:

1. The date by which Defendants shall respond to Plaintiffs' Second Requests for Admissions is adjourned from April 26, 2023 to June 21, 2023;

2. The deposition of Zach Warsavage is adjourned from April 27, 2023 to no later than June 22, 2023;

3. The date by which the Parties shall provide the Court a further update on the status of their efforts to agree upon the timing and order of class certification motion practice (*see* ECF 200) is adjourned from April 28, 2023 to June 23, 2023;

4. The deposition of Rong Chen (individually, as Rule 30(b)(6) designee for Defendant Elastos Foundation, and as Rule 30(b)(6) designee for Elastos, Incorporated) in Seattle, Washington is adjourned from May 1, 2, 3, 2023 to no later than June 26, 27, 28, 2023;

5. The close of fact discovery is adjourned from May 16, 2023 to July 11, 2023;[1]

6. The deadline for the disclosure of expert evidence, including the identities and written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), is adjourned from June 16, 2023 to August 11, 2023.

7. Plaintiffs' spoliation motion, Defendants' spoliation opposition, and Plaintiffs' spoliation reply briefs are adjourned from June 30, 2023, July 28, 2023, and August 18, 2023, respectively, to August 25, 2023, September 22, 2023, and October 13, 2023, respectively.

**No further extensions of the deadlines set forth above will be granted absent compelling circumstances.**

**IT IS SO ORDERED.**

Dated: \_\_\_\_\_April 25\_\_\_\_\_, 2023

_____
HON. BARBARA MOSES
UNITED STATES MAGISTRATE JUDGE

---

[1] The week contemplated for depositions of the two individual Plaintiffs is adjourned from the week of May 8, 2023 to the week of July 3, 2023.