UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK OWEN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br>vs.<br><br>ELASTOS FOUNDATION, FENG HAN, and RONG CHEN,<br><br>        Defendants. | Hon. Gregory H. Woods<br><br>Civil Action No. 1:19-cv-5462-GHW<br><br>CLASS ACTION |

## LEAD PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Lead Plaintiffs James Wandling and Mark Owen ("Lead Plaintiffs"), on behalf of themselves and each member of the proposed Settlement Class, move for entry of the Parties' agreed-upon [Proposed] Order Preliminary Approving Settlement and Providing for Class Notice, submitted herewith, which will provide for: (i) preliminary approval of the settlement; (ii) approval of the form and manner of giving notice of the settlement to the proposed Settlement Class; and (iii) a hearing date and time to consider final approval of the settlement and related matters.  This motion is based on the accompanying memorandum of law, the attached Stipulation of Settlement and its exhibits, the Declaration of Javier Bleichmar and its exhibits, and all prior pleadings and proceedings herein.

Dated: July 27, 2023                                    Respectfully Submitted,

**BLEICHMAR FONTI & AULD LLP**

*/s/ Javier Bleichmar*
Javier Bleichmar
Benjamin F. Burry
George N. Bauer
7 Times Square, 27th Floor
New York, New York 10036
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jbleichmar@bfalaw.com
bburry@bfalaw.com
gbauer@bfalaw.com

*Lead Counsel and Counsel for Lead Plaintiffs*

**RAITI, PLLC**
Warren Raiti
1345 Avenue of the Americas, 33rd Floor
New York, New York 10105
Telephone: (212) 590-2328
wraiti@raitipllc.com

*Additional Counsel for Lead Plaintiffs*