UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



MARK OWEN and JAMES WANDLING,
*Individually and On Behalf of All Others Similarly Situated*,

               Plaintiffs,

   -against-

ELASTOS FOUNDATION, et al.,

              Defendants.

19-CV-5462 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On October 11, 2022, defendants Elastos Foundation, Rong Chen, and Feng Han filed their motion to deny class certification pursuant to Fed. R. Civ. P. 23. (Dkt. 154.) On July 27, 2023, plaintiffs Mark Owen and James Wandling filed an unopposed motion for preliminary approval of their proposed class action settlement, including certification of a proposed settlement class, also pursuant to Fed. R. Civ. P. 23. (Dkt. 206.)

Defendants' motion to deny class certification is therefore DENIED AS MOOT. The Clerk of Court is respectfully directed to close the motion at Dkt. 154.

Dated: August 21, 2023
       New York, New York

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**