UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK OWEN, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>ELASTOS FOUNDATION, FENG HAN, and RONG CHEN,<br><br>　　　　　　　　　　Defendants. | Hon. Gregory H. Woods<br><br>Civil Action No. 1:19-cv-5462-GHW<br><br>CLASS ACTION |

## LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL AND ATTORNEYS' FEES AND EXPENSES

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Lead Plaintiffs James Wandling and Mark Owen ("Lead Plaintiffs"), on behalf of themselves and each member of the proposed Settlement Class, move for entry of an Order Granting Final Approval and Attorneys' Fees and Expenses, submitted herewith, which will (i) finally approve the proposed Settlement as fair, reasonable, and adequate; (ii) finally approve the Plan of Allocation as fair, reasonable, and adequate; (iii) certify the Settlement Class for purposes of final Judgment; (iv) grant Lead Plaintiffs' request for reimbursement of Lead Counsel's expenses; (v) award Lead Plaintiffs reasonable costs and expenses; (vi) award Epiq the fees and costs it has incurred to date; and (vii) enter the proposed Judgment as defined in ¶ 1.11 of the Stipulation and attached thereto as Exhibit B. This motion is based on the accompanying memorandum of law, the Declaration of George N. Bauer and its exhibits, and all prior pleadings and proceedings herein.

Dated:  November 17, 2023                              Respectfully Submitted,

**BLEICHMAR FONTI & AULD LLP**

*/s/ Javier Bleichmar*
Javier Bleichmar
George N. Bauer
Benjamin F. Burry
7 Times Square, 27th Floor
New York, New York 10036
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jbleichmar@bfalaw.com
gbauer@bfalaw.com
bburry@bfalaw.com

*Lead Counsel and Counsel for Lead Plaintiffs*

**RAITI, PLLC**
Warren Raiti
1345 Avenue of the Americas, 33rd Floor
New York, New York 10105
Telephone: (212) 590-2328
wraiti@raitipllc.com

*Additional Counsel for Lead Plaintiffs*