USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/26/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK OWEN, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>ELASTOS FOUNDATION, FENG HAN, and RONG CHEN,<br><br>                Defendants. | Hon. Gregory H. Woods<br><br>Civil Action No. 1:19-cv-5462-GHW<br><br>CLASS ACTION |

### [PROPOSED] ORDER GRANTING FINAL APPROVAL AND ATTORNEYS' FEES AND EXPENSES

WHEREAS, the purported class action *Owen et al. v. Elastos Foundation, et al.*, Case No. 1:19-cv-5462-GHW (the "Litigation") is pending before the Court;

WHEREAS, the parties having made application, pursuant to Federal Rule of Civil Procedure 23(e), for an order and judgment finally approving the settlement of this Litigation, in accordance with a Stipulation of Settlement dated July 27, 2023 (the "Stipulation"), which, together with the Exhibits annexed thereto, sets forth the terms and conditions for a proposed settlement of the Litigation and for dismissal of the Litigation with prejudice upon the terms and conditions set forth therein;

WHEREAS, a hearing was held on December 22, 2023, for the purpose of determining (1) whether the proposed settlement, as set forth in the Stipulation, should be approved as fair, reasonable, and adequate to Settlement Class Members; (2) whether the proposed plan to distribute the Net Settlement Fund (the "Plan of Allocation") is fair, reasonable, and adequate; (3) whether the applications by Class Counsel for attorneys' fees and expenses should be approved; and

(4) whether the proposed Judgment as defined in ¶1.11 of the Stipulation and attached thereto as Exhibit B should be entered;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Court has reviewed the Stipulation and hereby finally approves the settlement set forth therein as fair, reasonable, and adequate pursuant to Federal Rule of Civil Procedure 23.

2. The Court will enter Judgment substantially in the form as defined in ¶1.11 of the Stipulation and attached thereto as Exhibit B.

3. The Court finds that the Plan of Allocation set forth in the Notice provides a fair and reasonable basis upon which to allocate the Net Settlement Fund among Authorized Claimants, and is in all respects fair, reasonable, and adequate, and the Court hereby approves the Plan of Allocation.

4. The Court hereby certifies the Settlement Class for purposes of final Judgment.

5. The Court hereby approves Lead Plaintiffs' request for reimbursement of Lead Counsel's expenses of $600,000, which shall be paid from the Settlement Amount.

6. The Court hereby approves the request of Lead Plaintiffs Wandling and Owen for costs and expenses in the amount of $6,000 each, which shall be paid from the Settlement Amount.

7. The Court hereby approves Epiq's request for costs and fees in the amount of $90,058.25, which shall be paid from the Settlement Amount. Epiq may apply to the Court for any

future reasonable fees or costs incurred at the appropriate time after such fees or costs are incurred, provided that the total amount of fees or costs awarded to Epiq shall not exceed $175,000 in the aggregate.

IT IS SO ORDERED.

Dated:  December 26, 2023

Gregory H. Woods  
United States District Judge  
Southern District of New York

3